**DENY; and Opinion Filed October 29, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01304-CV

### IN RE GEARBOX SOFTWARE LLC, Relator

**Original Proceeding from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-52347-2015**

## MEMORANDUM OPINION
Before Chief Justice Wright, Justice Bridges, and Justice Stoddart
Opinion by Justice Bridges

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to vacate its October 27, 2015 Order on Motion to Compel Discovery and For Sanctions. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). We conclude relator has failed to establish a right to relief. Accordingly, we deny the petition for writ of mandamus.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

151304F.P05